No. 368. SHEET METAL WORKERS' INTERNATIONAL UNION, AFL–CIO, LOCAL UNION 17 v. AETNA STEEL PRODUCTS CORP. ET AL. C. A. 1st Cir. Certiorari denied. *Edward J. Hickey, Jr., William G. Mahoney* and *Joseph F. Feeney* for petitioner. *Oswald Vischi, Sidney O. Raphael* and *William T. Glover* for respondents. █

No. 376. UNITED STATES FOR THE USE AND BENEFIT OF KELLER PIER DRILLING CO. v. JOHN H. EISELE CO., INC., ET AL. C. A. 6th Cir. Certiorari denied. *Thomas F. Lazaron, Herbert Bass* and *Ernest V. Thomas* for petitioner.

No. 377. BETO, CORRECTIONS DIRECTOR v. WELCH. C. A. 5th Cir. Certiorari denied. *Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, *T. B. Wright,* Executive Assistant Attorney General, and *Howard M. Fender* and *Lonny F. Zwiener,* Assistant Attorneys General, for petitioner. *Robert L. Doss* and *Charles Alan Wright* for respondent.

No. 380. LOPEZ v. UNITED STATES DEPARTMENT OF JUSTICE, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 3d Cir. Certiorari denied. *Francis T. Anderson* for petitioner. *Solicitor General Marshall,* Assistant Attorney General Vinson and *Beatrice Rosenberg* for respondent. █

No. 385. NORTON v. CAMPBELL, GOVERNOR OF NEW MEXICO, ET AL. C. A. 10th Cir. Certiorari denied. *Frederick Bernays Wiener* for petitioner. *Boston E. Witt,* Attorney General of New Mexico, and *Myles E. Flint,* Assistant Attorney General, for respondents.